# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

DELOISE GUYTON, on behalf of
herself and others similarly situated,

    Plaintiff,

v.                                                Case No. 3:21-cv-629-TJC-PDB

ABRAHAMSEN GINDIN, LLC,

    Defendant.

## **O R D E R**

Upon review of the Stipulation of Dismissal Without Prejudice (Doc. 27), filed on February 15, 2023, this case is dismissed without prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of February, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record